UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATASHA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:16-cv-03150-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is a Stipulated Motion for Remand and the parties jointly move the Court to remand for further administrative proceedings. **ECF No. 17.** Based on the agreement of the parties and the record, the Court finds good cause to grant the motion.

The Commissioner's decision to deny Plaintiff's application for disability benefits is **REVERSED** and **REMANDED** for further proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge ("ALJ") shall re-evaluate Ms. Johnson's allegations about her limitations and reassess her residual functional capacity. If the ALJ cannot make a favorable decision upon the record, the ALJ will hold a new hearing to present evidence and testimony. At this hearing, the ALJ will present necessary

**ORDER GRANTING MOTION FOR REMAND ~ 1**

hypothetical(s) to a vocational expert that includes Ms. Johnson's limitations to provide qualified vocational expert testimony.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.
2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.
3. All pending motions in this matter are now moot.
4. Reasonable attorney fees shall be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.
5. Judgment shall be entered for Plaintiff and the file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 5th day of May, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING MOTION FOR REMAND ~ 2**